[No. 10049-1-I. Division One. June 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. EDDIE LEE NEWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-1-04702-3, Herbert M. Stephens, J., entered March 11, 1981. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Williams and Corbett, JJ.

[No. 8911-1-I. Division One. June 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN CHAMBLISS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-8-00751-5, Jack Richey, J. Pro Tem., entered May 8, 1980. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Williams and Callow, JJ.

[No. 7622-1-I. Division One. June 14, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN HENRY BULLOCK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88158, David C. Hunter, J., entered April 27, 1979. *Affirmed* by unpublished opinion per James, J., concurred in by Durham, A.C.J., and Williams, J.